IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ODILON MELENDEZ,               Case No. 18-cv-84
DINORAH MELENDEZ,
WENSY MELENDEZ,
CITY OF MADISON WISCONSIN,
DANE COUNTY WISCONSIN, and
WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT

    Defendants.

## COMPLAINT

Plaintiff United States, for its complaint against defendants, alleges as follows:

1.     This is a civil action in which the United States seeks to: (1) reduce to judgment certain federal income tax, interest, and penalty assessments made against Odilon Melendez and Dinorah Melendez; (2) reduce to judgment assessments made against Odilon Melendez for employment tax liabilities and unemployment tax liabilities; (3) enforce federal tax liens against the real property described herein and located in Dane County Wisconsin; (4) obtain an order directing the sale of the subject property; and (5) have the proceeds from the sale distributed in amounts and priority determined by the Court.

2.     This action is commenced at the request and with the authorization of a delegate of the Secretary of the Treasury and at the discretion of the Attorney General of the United States pursuant to 26 U.S.C. §§ 7401 and 7403.

**Jurisdiction and Venue**

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

4.      Venue is proper in the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1391 and 1396 because it is where Odilon Melendez and Dinorah Melendez reside and where the subject property is located.

**The Parties to This Action**

5.      Plaintiff is the United States of America.

6.      Defendant Odilon Melendez resides in Dane County, Wisconsin, which is within this judicial district.  Melendez is named as defendant in Counts I, III, IV, and V of this complaint.

7.      Defendant Dinorah Melendez resides in Dane County, Wisconsin, which is in this judicial district. She is named as a defendant to Counts II, IV, and V and, pursuant to 26 U.S.C. § 7403(b), may claim an interest in the real property at issue.

8.      Wensy Melendez resides in Dane County, Wisconsin, which is within this judicial district. He is named as defendant to Count V pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the real property at issue.

9.      The City of Madison is a city in the state of Wisconsin and within the jurisdiction of this Court.  It is named as defendant to Counts IV and V pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real property at issue.

10.     Dane County is a county in the state of Wisconsin and within the jurisdiction of this Court.  It is named as defendant to Counts IV and V pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real property at issue.

11.   Wisconsin Department of Workforce Development is located at 201 E. Washington Avenue, Madison, Wisconsin 53708. It is named as defendant to Counts IV and V pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real property at issue.

**Tax Liabilities at Issue**

12.   Odilon and Dinorah Melendez are a married couple who reside in Dane County, Wisconsin in the city of Madison, Wisconsin.

13.   Since at least 2006, Odilon and Dinorah Melendez have filed joint federal income tax returns (Form 1040).

14.   For tax years 2006, 2007, 2008, 2012, 2013, 2014, and 2015, Odilon and Dinorah Melendez jointly filed federal income tax returns, but did not pay the taxes they reported they owed.

15.   Upon information and belief, since at least 2005, Odilon Melendez has owned and operated Amigo Painting as a sole proprietor.

16.   Melendez has outstanding federal tax liabilities related to his business, Amigo Painting.

17.   For periods in 2005 through 2008, Odilon Melendez, as sole proprietor for Amigo Painting, failed to pay its employment taxes in full.

18.   For the period ending on December 31, 2006, Odilon Melendez, as sole proprietor for Amigo Painting, failed to pay its unemployment taxes in full.

**COUNT I: REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST ODILON MELENDEZ**

19.   The United States incorporates by reference all allegations in paragraphs 1-6 and 12-14 above as if set forth here.

20. Odilon Melendez filed income tax returns for tax years 2006, 2007, 2008, 2012, 2013, 2014, and 2015, but did not pay the taxes he reported he owed.

21. On the dates and in the amounts shown below, a delegate of the Secretary of the Treasury made assessments against Odilon Melendez for income tax, interest, and penalties as follows:

**Table 1: Federal Income Tax Liabilities (Form 1040)**

| Tax Year | Date Assessed | Tax Assessed | Interest Assessed | Penalties Assessed | Total as of 1/31/2018 |
|---|---|---|---|---|---|
| 2006 | 9/27/2010 | 21,469.00 | 4,703.01 | 9,124.31 | 46,349.23 |
| 2007 | 7/5/2010 | 23,244.00 | 2,930.49 | 8,367.84 | 37,474.94 |
| 2008 | 8/31/2009 | 9,268.00 | 125.59 | 0 | 13,538.61 |
| 2012 | 11/18/2013 | 5,309.00 | 24.60 | 54.68 | 2,045.97 |
| 2013 | 6/9/2014 | 15,451.00 | 52.79 | 139.52 | 16,398.41 |
| 2014 | 12/21/2015 | 8,486.00 | 146.40 | 1049.74 | 10,248.17 |
| 2015 | 9/12/2016 | 9,341.00 | 74.27 | 183.35 | 5,826.92 |
| **Total Balance as of Jan. 31, 2018** | | | | | **$131,882.25** |

22. Notices of the assessments, referred to in paragraph 21 and Table 1, and demands for payment were sent to Odilon Melendez on or about the dates on which the assessments were made.  Despite the notices and demands for payment, Odilon Melendez failed to pay the outstanding federal income tax liabilities.

23. As a result, Odilon Melendez is indebted to the United States in the amount of $131,882.25 (as of January 31, 2018) together with statutory additions accruing thereafter relating to the assessments made against him for tax years 2006, 2007, 2008, 2012, 2013, 2014, and 2015.

WHEREFORE, the United States requests that the Court enter judgment in its favor on Count I of the complaint as follows:

(a)     Enter a judgment in favor of the United States and against Odilon
Melendez in the amount of $131,882.25 (as of January 31, 2018)
plus statutory additions that have accrued and will continue to
accrue according to law thereon;

(b)     Grant the United States its costs incurred in the commencement
and prosecution of this action, and such other and further relief as
the Court deems proper and just.

## COUNT II: REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST DINORAH MELENDEZ

24.     The United States incorporates by reference all allegations in paragraphs 1-5, 7, and 12-
14 above as if set forth here.

25.     Dinorah Melendez filed income tax returns for tax years 2006, 2007, 2008, 2012, 2013,
2014, and 2015, but did not pay the taxes she reported she owed.

26.     On the dates and in the amounts shown in paragraph 21 and Table 1 above, a delegate of
the Secretary of the Treasury made assessments against Dinorah Melendez for income
tax, interest, and penalties.

27.     Notices of the assessments, referred to in paragraphs 21, 26, and Table 1, and demands
for payment were sent to Dinorah Melendez on or about the dates on which the
assessments were made.  Despite the notices and demands for payment, Dinorah
Melendez failed to pay the outstanding federal income tax liabilities.

28.     As a result, Dinorah Melendez is indebted to the United States in the amount of
$131,882.25 (as of January 31, 2018) together with statutory additions accruing thereafter
relating to the assessments made against her for tax years 2006, 2007, 2008, 2012, 2013,
2014, and 2015.

WHEREFORE, the United States requests that the Court enter judgment in its favor on Count I of the complaint as follows:

(a) Enter a judgment in favor of the United States and against Dinorah Melendez in the amount of $131,882.25 (as of January 31, 2018) plus statutory additions that have accrued and will continue to accrue according to law thereon;

(b) Grant the United States its costs incurred in the commencement and prosecution of this action, and such other and further relief as the Court deems proper and just.

## COUNT III: REDUCE EMPLOYMENT & UNEMPLOYMENT TAX ASSESSMENTS TO JUDGMENT AGAINST ODILON MELENDEZ

29. The United States incorporates by reference paragraphs 1-6 and 15-18 of this complaint.

30. Upon information and belief, as early as 2005, Odilon Melendez operated the business Amigo Painting as a sole proprietor.

31. Odilon Melendez, or his representative, filed Amigo Painting's Form 941 employment tax returns (reporting Social Security and Medicare taxes employers owe and are required to withhold from employee wages) and Form 940 unemployment returns (reporting federal unemployment taxes owed by the employer) with the IRS reporting taxes owed for the tax periods identified in paragraph 33 and Table 2 below.

32. For the periods described below in paragraph 33 and Table 2, Melendez failed to pay the taxes he reported on his returns for the tax periods identified below.

33. On the dates, for the tax periods, and in the amounts specified below, a delegate of the Secretary of the Treasury timely made assessments against Odilon Melendez for the following Form 941 employment taxes and Form 940 unemployment taxes that were

required to be paid based on the wages of employees of Amigo Painting, plus related statutory additions to tax:

**Table 2: Form 940 & 941 Liabilities**

| Tax Period | Tax Type | Date Assessed | Tax Assessed | Interest Assessed | Penalty Assessed | Balance as of 1/31/18 |
|---|---|---|---|---|---|---|
| 200512 | 941 | 8/9/2011 | 3,370.97 | 1,311.07 | 1,938.31 | 8,731.08 |
| 200603 | 941 | 3/28/2011 | 2,475.66 | 986.34 | 1,175.93 | 5,830.06 |
| 200606 | 941 | 8/9/2010 | 3,032.25 | 1,008.36 | 1,728.38 | 7,633.05 |
| 200609 | 941 | 8/9/2010 | 1,559.00 | 469.96 | 709.34 | 3,560.42 |
| 200612 | 941 | 8/9/2010 | 5,118.72 | 1,387.11 | 2764.10 | 12,471.89 |
| 200703 | 941 | 3/28/2011 | 6,713.85 | 1,853.85 | 3,759.74 | 16,040.73 |
| 200706 | 941 | 3/28/2011 | 6,706.86 | 1,650.96 | 3,655.23 | 15,769.03 |
| 200709 | 941 | 4/4/2011 | 5,207.02 | 1,109.33 | 2,759.72 | 12,015.98 |
| 200712 | 941 | 3/28/2011 | 6,214.16 | 1,175.98 | 3,200.30 | 14,159.32 |
| 200806 | 941 | 6/8/2009 | 2,499.78 | 122.87 | 687.44 | 5,077.99 |
| 200612 | 940 | 8/2/2010 | 194.02 | 52.36 | 85.36 | 435.38 |
| **Total Balance as of Jan. 31, 2018:** | | | | | | $101,724.90 |

34. Notices of the assessments, referred to in paragraph 33 and Table 2, and demands for payment, were sent to Odilon Melendez on or about the dates on which the assessments were made.

35. Despite the notices and demands for payment, Odilon Melendez has failed to pay the liabilities set forth in paragraph 33 and Table 2.  Interest and statutory additions thereafter provided for by law have accrued on the assessed amounts and will continue to accrue until the liabilities are paid in full.

36. By reason of the foregoing, there remains due and owing from Odilon Melendez to the United States a total of $101,724.90 (as of January 13, 2018) with interest and other statutory additions as allowed by law.

WHEREFORE, the United States requests that the Court:

(a)     Enter judgment in favor of United States and against the defendant, Odilon Melendez in the amount of $101,724.90 (as of January 13, 2018) plus statutory additions that have accrued and will continue to accrue according to law thereon;

(b)     Grant the United States its costs incurred in the commencement and prosecution of this action, and such other further relief as the Court deems proper and just.

## COUNT IV: ENFORCE FEDERAL TAX LIENS AGAINST LORUTH PROPERTY

37.     The United States incorporates by reference all allegations in paragraphs 1-7 and 9-36 as if set forth here.

38.     By Warranty Deed, recorded March 1, 2002 with the Dane County Register of Deeds (Document No. 3454316), Odilon and Dinorah Melendez acquired real property in Dane County.

39.     The real property is located at 5153 Loruth Terrace, Madison, Wisconsin (hereinafter the "Loruth Property") and is legally described as:

> Lot Sixty-Nine (69), Fourth Addition of Orchard Ridge, in the City of Madison, Dane County, Wisconsin, Parcel # 251-0709-311-0309-1.

40.     Upon information and belief, the Loruth Property is Odilon and Dinorah Melendez's primary residence.

41.     By reason of Odilon and Dinorah Melendez's failure to pay the assessed liabilities described in Table 1 above and Odilon Melendez's failure to pay the assessed liabilities described in Table 2 above, pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the dates of the assessments against all property and rights to property of Odilon

and Dinorah Melendez. These federal tax liens also attached to any property or rights to property subsequently acquired by Odilon and Dinorah Melendez.

42.     The IRS filed notice of the federal tax liens relating to the assessments described in Tables 1 & 2 above with the Dane County Register of Deeds as follows:

**Table 3: Notices of Federal Tax Lien Filed Against Odilon & Dinorah Melendez**

| Tax Period | Tax Type | Date Notice Filed |
|---|---|---|
| 2002 | 1040 | 4/14/11 |
| 2003 | 1040 | 4/14/11 |
| 2004 | 1040 | 4/14/11 |
| 2006 | 1040 | 4/14/11 |
| 2007 | 1040 | 4/14/11 |
| 2008 | 1040 | 4/14/11 |
| 2012 | 1040 | 12/29/14 |
| 2013 | 1040 | 12/29/14 |
| 2014 | 1040 | 1/25/16 |
| 2015 | 1040 | 10/18/16 |

**Table 4: Notices of Federal Tax Lien Filed Against Odilon Melendez**

| Tax Period | Tax Type | Date Notice Filed |
|---|---|---|
| 200612 | 940 | 4/14/11 |
| 200503 | 941 | 4/14/11 |
| 200506 | 941 | 4/14/11 |
| 200512 | 941 | 4/14/11 |
| 200606 | 941 | 4/14/11 |
| 200609 | 941 | 4/14/11 |
| 200612 | 941 | 4/14/11 |
| 200806 | 941 | 4/14/11 |
| 200603 | 941 | 8/31/16 |
| 200703 | 941 | 8/31/16 |
| 200706 | 941 | 8/31/16 |
| 200709 | 941 | 8/31/16 |
| 200712 | 941 | 8/31/16 |

43.     Accordingly, the federal tax liens referred to in paragraph 42 and Tables 3 & 4 above may be enforced against the Loruth Property.

44.     WHEREFORE, the United States requests that the Court enter judgment on Count IV of

the complaint as follows:

(a)     Enter judgment in favor of the United States and declare that the

United States has valid and subsisting federal tax liens upon all

property and rights to property of Odilon and Dinorah Melendez,

including the Loruth Property, as of the dates of the assessments

against them;

(b)     Declare that the federal tax liens attached to the Loruth Property;

(c)     Order that the federal tax liens be enforced against the Loruth

Property and that the Loruth Property be sold;

(d)     Order that any defendant claiming an interest in the proceeds from

the sale of the Loruth Property affirmatively demonstrate that

interest;

(e)     Order that the proceeds of the sale of the Loruth Property be paid

to the United States, or that a portion of the proceeds be paid to the

United States if there is a lien found to be superior to the United

States' tax liens; and

(f)     Grant the United States its costs incurred in the commencement

and prosecution of this action, and such other and further relief as

the Court deems just and proper.

**COUNT V: ENFORCE FEDERAL TAX LIENS AGAINST HUGHES PROPERTY**

45.     The United States incorporates by reference all allegations in paragraphs 1 to 36 as if set

forth here.

46.   By Warranty Deed, recorded June 25, 1997 with the Dane County Register of Deeds

(Document No. 2865133), Odilon and Dinorah Melendez acquired real property in Dane

County.

47.   The real property is located at 844 Hughes Place, Madison, Wisconsin (hereinafter the

"Hughes Property") and is legally described as:

> Lot 13, Miller Park Plat, in the Town of Madison, Dane County,
> Wisconsin, Tax Parcel 251-0709-352-0405-1.

48.   On information and belief, the Hughes Property is the primary residence of Wensy

Melendez.

49.   By reason of Odilon and Dinorah Melendez's failure to pay the assessed liabilities

described in Table 1 above and Odilon Melendez's failure to pay the assessed liabilities

described in Table 2 above, pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens

arose on the dates of the assessments against all property and rights to property of Odilon

and Dinorah Melendez. These federal tax liens also attached to any property or rights to

property subsequently acquired by Odilon and Dinorah Melendez.

50.   The IRS filed notice of the federal tax liens relating to the assessments, as described in

Tables 3 & 4 above.

51.   Accordingly, the federal tax liens referred to in paragraphs 41-42 and Tables 3 & 4 above

may be enforced against the Hughes Property.

WHEREFORE, the United States requests that the Court enter judgment on Count IV of

the complaint as follows:

(a)     Grant judgment in favor of the United States and declare that the

United States has valid and subsisting federal tax liens upon all

property and rights to property of Odilon and Dinorah Melendez,

including the Hughes Property, as of the dates of the assessments against them;

(b)    Declare that the federal tax liens attached to the Hughes Property;

(c)    Order that the federal tax liens be enforced against the Hughes Property and that the Hughes Property be sold;

(d)    Order that any defendant claiming an interest in the proceeds from the sale of the Hughes Property affirmatively demonstrate that interest;

(e)    Order that the proceeds of the sale of the Hughes Property be paid to the United States, or that a portion of the proceeds be paid to the United States if there is a lien found to be superior to the United States' tax liens; and

(f)    Grant the United States its costs incurred in the commencement and prosecution of this action, and such other relief as the Court deems just and proper.

//

//

//

//

//

Dated:        February 7, 2018                Respectfully submitted,

                                              SCOTT C. BLADER
                                              United States Attorney

                                              RICHARD ZUCKERMAN
                                              Principal Deputy Assistant Attorney General

                                              /s/ Gretchen Ellen Nygaard
                                              GRETCHEN ELLEN NYGAARD
                                              District of Columbia Bar No. 1006292
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 7238
                                              Washington, D.C.  20044
                                              202-305-1672 (v)
                                              202-514-6770 (f)
                                              Gretchen.E.Nygaard@usdoj.gov

JS 44   (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION   *(Place an "X" in One Box Only)*

❑ 1   U.S. Government
       Plaintiff

❑ 3   Federal Question
       *(U.S. Government Not a Party)*

❑ 2   U.S. Government
       Defendant

❑ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT   *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 400 State Reapportionment |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ | | | ❑ 410 Antitrust |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❑ 430 Banks and Banking |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | Product Liability | | ❑ 820 Copyrights | ❑ 450 Commerce |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product | | ❑ 830 Patent | ❑ 460 Deportation |
| ❑ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❑ 345 Marine Product Liability | Liability | | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 360 Other Personal Injury | ❑ 371 Truth in Lending | ❑ 720 Labor/Mgmt. Relations | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | ❑ 362 Personal Injury - Med. Malpractice | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | ❑ 790 Other Labor Litigation | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | ❑ 510 Motions to Vacate Sentence | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | **Habeas Corpus:** | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 540 Mandamus & Other | ❑ 462 Naturalization Application | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | ❑ 550 Civil Rights | ❑ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ❑ 448 Education | ❑ 555 Prison Condition | ❑ 465 Other Immigration Actions | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN   *(Place an "X" in One Box Only)*

❑ 1   Original
       Proceeding

❑ 2   Removed from
       State Court

❑ 3   Remanded from
       Appellate Court

❑ 4   Reinstated or
       Reopened

❑ 5   Transferred from
       another district
       *(specify)*

❑ 6   Multidistrict
       Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❑ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.**      **(a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

         (b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

         (c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**    **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**.          Example:         U.S. Civil Statute: 47 USC 553
                                             Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases**.  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|   |   |   |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: